IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                  No. 4:19-cr-63-DPM

MATTHEW McCOY                                               DEFENDANT

## ORDER

McCoy appeals Magistrate Judge Volpe's Order revoking his pretrial release. *Doc. 34 & 36*. The Court has benefitted from the transcripts of the bond hearing and revocation hearing, as well as the other exhibits submitted. *Doc. 34-1–34-5*. On *de novo* review, the Court affirms Magistrate Judge Volpe's careful decision. 18 U.S.C. § 3145(b). The Court agrees with his ruling.

There are questions about whether McCoy's appeal is timely and whether his admissions amounted to probable cause that he'd committed a state offense. But it's unnecessary to resolve those questions. At his revocation hearing, McCoy admitted that he violated a condition of his release by contacting Holly McCoy. 18 U.S.C. § 3148(b)(1)(B). And though he explained why he did so—he wanted to contact his son—it was nonetheless a violation. At that point, a finding that he was unlikely to abide by any condition or combination of conditions was sufficient. 18 U.S.C. § 3148(b)(2)(B). That is the finding that Magistrate Judge Volpe made; and that finding wasn't in

error.   Despite the initial detention issue being "a 50/50 call," Magistrate Judge Volpe released McCoy, giving him a chance to prove that he could abide by conditions of release.  *Doc. 34-1 at 50.*  McCoy didn't.  Instead, just two months later, he violated his conditions by contacting Holly McCoy.   In the circumstances, the facts McCoy admitted to were sufficient to support a finding that he was unlikely to abide by any set of conditions.

The Magistrate Judge's detention order, *Doc. 27*, is affirmed;  and McCoy's appeal, *Doc. 34 & 36*, is denied.

So Ordered.

*NPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

18 August 2020