# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-3895
_____

United States of America

Plaintiff - Appellee

v.

Matthew McCoy

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cr-00063-DPM-1)

_____

**JUDGMENT**

Before SMITH, Chief Judge, KELLY, and GRASZ, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed in accordance with the opinion of this court.

December 15, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans

Adopted April 15, 2015
Effective August 1, 2015

**Revision of Part V of the Eighth Circuit Plan to Implement the Criminal Justice Act of 1964.**

V. Duty of Counsel as to Panel Rehearing, Rehearing En Banc, and Certiorari

Where the decision of the court of appeals is adverse to the defendant in whole or in part, the duty of counsel on appeal extends to (1) advising the defendant of the right to file a petition for panel rehearing and a petition for rehearing en banc in the court of appeals and a petition for writ of certiorari in the Supreme Court of the United States, and (2) informing the defendant of counsel's opinion as to the merit and likelihood of the success of those petitions. If the defendant requests that counsel file any of those petitions, counsel must file the petition if counsel determines that there are reasonable grounds to believe that the petition would satisfy the standards of Federal Rule of Appellate Procedure 40, Federal Rule of Appellate Procedure 35(a) or Supreme Court Rule 10, as applicable. *See Austin v. United States,* 513 U.S. 5 (1994) (per curiam); 8th Cir. R. 35A.

If counsel declines to file a petition for panel rehearing or rehearing en banc requested by the defendant based upon counsel's determination that there are not reasonable grounds to do so, counsel must so inform the court and must file a written motion to withdraw. The motion to withdraw must be filed on or before the due date for a petition for rehearing, must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for rehearing, and must request an extension of time of 28 days within which to file pro se a petition for rehearing. The motion also must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for writ of certiorari.

If counsel declines to file a petition for writ of certiorari requested by the defendant based on counsel's determination that there are not reasonable grounds to do so, counsel must so inform the court and must file a written motion to withdraw. The motion must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for writ of certiorari.

A motion to withdraw must be accompanied by counsel's certification that a copy of the motion was furnished to the defendant and to the United States.

Where counsel is granted leave to withdraw pursuant to the procedures of *Anders v. California,* 386 U.S. 738 (1967), and *Penson v. Ohio*, 488 U.S. 75 (1988), counsel's duty of representation is completed, and the clerk's letter transmitting the decision of the court will notify the defendant of the procedures for filing pro se a timely petition for panel rehearing, a timely petition for rehearing en banc, and a timely petion for writ of certiorari.

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, December 15, 2022 10:00 AM |
| **Subject:** | 21-3895 United States v. Matthew McCoy "judgment filed sua sponte reversed" (4:19-cr-00063-DPM-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/15/2022

**Case Name:** United States v. Matthew McCoy
**Case Number:** 21-3895
**Document(s):** Document(s)

**Docket Text:**
JUDGMENT FILED - The judgment of the originating court is REVERSED in accordance with the opinion. LAVENSKI R. SMITH, JANE KELLY and L. STEVEN GRASZ Hrg Sep 2022 [5227584] [21-3895] (Amy Tinker)

**Notice will be electronically mailed to:**

Mr. John Ray White, Assistant U.S. Attorney: john.white2@usdoj.gov, caseview.ecf@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. Chris Tarver, Assistant Federal Public Defender: chris_tarver@fd.org, imirida_lopez@fd.org
Ms. Kristin Huntington Bryant, Assistant U.S. Attorney: Kristin.Bryant@usdoj.gov, christy.averett@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Sylvia Talley, Assistant Federal Public Defender: Sylvia_Talley@fd.org
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Matthew McCoy
32425-009
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Forrest City, AR 72336-9000

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions

1

**Original Filename:** /opt/ACECF/live/forms/AmyTinker_213895_5227584_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/15/2022] [FileNumber=5227584-0]
[2d35251d54341919a547c020f9233dd4a02aed318d51ea7a5378f06fffbc76767eafe83cf8678329e6353639894b23871c30a1b19ea08bdea74f779092b38894]]
**Recipients:**

- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Mr. Matthew McCoy
- Ms. Sylvia Talley, Assistant Federal Public Defender
- Mr. Chris Tarver, Assistant Federal Public Defender
- Mr. John Ray White, Assistant U.S. Attorney

**Document Description:** Revision Part V of Plan to Implement CJA
**Original Filename:** /opt/ACECF/live/forms/AmyTinker_213895_5227584_RevisionPartVofPlantoImpCJA_539.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/15/2022] [FileNumber=5227584-1]
[775e90313e2279779e924bbfd61eccd6047688ea6705298dc03ef3f921c0946062fc68869d2e023731b8ed0f854cab9b53af6235ad64639a2717b383de39addc]]
**Recipients:**

- Ms. Sylvia Talley, Assistant Federal Public Defender

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5227584
**RELIEF(S) DOCKETED:**
   reversed
**DOCKET PART(S) ADDED:** 7178063, 7178064, 7178065